HAROLD E. WOLF, Respondent, *v.* GEORGE FARKAS et al., Defendants, and BEN WOLFSON, Defendant-Appellant.

Supreme Court, Appellate Term, First Department, January 8, 1943.

*Sol S. Zuckerman* for appellant.

*Israel Siegel* for respondent.

*Per Curiam.* The order is not appealable. (Civ. Prac. Act, § 583; *Brauer* v. *Oceanic Steam Navigation Co.*, 77 App. Div. 407; *Jackman* v. *Hasbrouck*, 168 App. Div. 256; *Fine* v. *Cummins*, 260 App. Div. 569.) The correctness of a ruling granting or denying a nonsuit during trial may only be remedied by appeal from the judgment or upon a motion for a new trial.

It may be remarked that there is nothing in this record indicating that the trial court intended in granting a nonsuit as to the second cause of action that the dismissal was without prejudice. Where a trial judge in ruling upon a motion to dismiss intends to dismiss without prejudice, and through a defect in the record that fact is not shown, it seems but just that a

motion may be made to correct the inadvertence so as to conform the record to the decision as intended by a statement in the record by the trial judge to that effect. (*Cabang* v. *United States Shipping Bd. Merchant Fleet Corp.*, 227 App. Div. 751.)

Appeal dismissed.

All concur. Present — HAMMER, MILLER and McLAUGHLIN, JJ.